

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

JASON XAVIER VILLANUEVA (1)

Case No. 3:23-MJ-150-BH

### ORDER TO UNSEAL THE COMPLAINT

Upon motion of the United States of America, for unsealing of redacted copy of the complaint filed February 13, 2023, as to the above-referenced defendant, in the above-referenced case and the Court being otherwise sufficiently advised:

IT IS HEREBY ORDERED that the Complaint be unsealed as to the above-referenced defendant.

DATED this 15th day of February 2023.

IRMA C. RAMIREZ
UNITED STATES MAGISTRATE JUDGE